```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                   **ORDER**

        -against-                                        10 **CR.** 209 (RMB)

DOUGLAS ALAN GOLDBERG,

                            Defendant.
-----------------------------------------------------------X

       WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 15, 2010;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

       IT IS HEREBY ORDERED that DOUGLAS ALAN GOLDBERG's guilty plea is accepted;

Dated: New York, New York
       March 24, 2010

                                                    */s/ Richard M. Berman*
                                                   **RICHARD M. BERMAN, U.S.D.J.**